IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| PAUL G. WERSANT<br><br>Plaintiff<br>v.<br><br>DILIGENT LEGAL SERVICES OF FLORIDA, LLC,<br>LAURENCE HOLZER,<br>GLOBAL APPRAISAL SOLUTIONS, LLC.<br><br>Defendants | CIVIL CASE FILE NO.:<br><br>1:26-cv-03289 |

**COMPLAINT**

Plaintiff sues the Defendants as follows:

1. Plaintiff is an individual, domiciled in and a citizen of California under 28 U.S.C. § 1332(a) (1), who has standing to bring this case at all times relevant.

2. Defendant Diligent is a limited liability company whose sole member is Defendant Holzer an individual domiciled in and a citizen of Florida under 28 U.S.C. § 1332(a) (1).

3. Defendant Global is a limited liability company, whose sole member is Steven Maitland, an individual domiciled in and a citizen of Pennsylvania per 28 U.S.C. § 1332(a) (1).

4. Jurisdiction exists per 28 U.S.C. § 1332, as the parties are diverse and the sum in controversy exceeds $76,000.00 for equitable relief, damages and fees. P

5. Per 28 U.S.C. §§ 1391 and 100, venue is proper as substantial events or omissions occurred or were directed here, such as Plaintiff's injuries, resulting from the conduct of the Defendants as detailed below.

**Statement of Material Facts.**

6. Essentially, on 11/19/09, Global Appraisal Solutions, LLC, a company formed Holzer, sued Ideal Mortgage LTD and two of its officers for tortious interference, fraud and

breach of contract on its invoices, for appraisal work performed by Global and Holzer for Ideal in New York and other jurisdictions, in EDNY, Case No. 2:09-cv-05078-WDW [First NY Case].

7. On 11/24/09, Global/Holzer served the First Case on Ideal and obtained a Default Judgment on 04/06/10 against it for $763,157.00, which the Court retains jurisdiction to enforce.

8. However, Global and Holzer did not collect the Judgment as Holzer's hostile behavior caused the withdrawal of Global's counsel in the First Case as shown by its record.

9. Additionally, Ideal's owners, including Michael and Mindy Ashley, allegedly fraudulently transferred its assets to themselves and companies owned them as detailed below.

10. On 11/29/10, Global, through Holzer, sued the Ashleys to recover Ideal's alleged fraudulent transfers to them, in EDNY Case No. 2:10-cv-05490 [Second NY Case], served upon them in December, 2010, who were defended by Allan Pullin, a personal attorney for the Ashleys.

11. On 11/30/10, an involuntary Chapter 7 Bankruptcy was filed against Ideal by its various creditors in the Court, ED NY BK Case No. 10- 79280.

12. From 11/30/04 to 11/30/10, Michael and Mindy Ashley fraudulently transferred $52,681,799.00 of Ideal's funds to themselves and the other owners and officers of Ideal, as established in the bankruptcy.

13. On 01/6/11, Ideal's notice of bankruptcy was filed in the Second NY Case and on 11/07/10, Ideal's bankruptcy trustee appeared in that Case and requested its dismissal without prejudice, per his alleged sole standing to pursue these claims against the Ashleys and Ideal.

14. On 05/2/12, the Second NY Case was dismissed without prejudice by that Court as the request of the trustee for the Ideal bankruptcy, which stayed the First Case as well.

15. Global's stayed claims were unsatisfied in Ideal's Bankruptcy as its trustee paid other creditors and himself, due to Holzer's repeated frivolous pro-se suits on behalf of Global,

as detailed by orders in the Bankruptcy and related cases, such as ED NY BK Case No 8-10-79280-las [Doc 582] Filed 03/22/18 and Case No. 2:17-cv-01618-JFB [Doc 19].

16. Holzer then allegedly closed Global due to the non-payment of its invoices, after which he filed several bankruptcies in Florida to evade his creditors, all later dismissed.

17. Holzer then opened Diligent, a process serving company, located in Pinellas Florida, even though Holzer has never been licensed in Florida to serve process.

18. Mr. Wersant was resident of Maryland where he did business, such as originating and enforcing commercial loans in various counties such as Allegany, Anne Arundel, Cecil, Calvert, Charles, Baltimore, Hartford, Kent, Montgomery, Prince George's and Wicomico.

19. Defendants Holzer and Diligent solicited Mr. Wersant's business in Fall 2019, to conduct service of process for him in Maryland, DC, New York, Georgia, Florida, Texas and other jurisdictions for which they overcharged him and were untruthful about their lack of experience, inability and qualifications to handle this volume of complex commercial work.

20. Holzer eventually retained Mr. Wersant to pursue Global's claims under the judgment entered in the First NY Case, under a retainer, which states in part as follows:

> SCOPE OF REPRESENTATION: I, **Laurence Holzer** retain Paul G. Wersant (Attorney) to represent **Global Appraisal Solutions, LLC** in the case of **Global Appraisal Solutions LLC v. Ideal Mortgage Bankers, LTD, Eastern District of New York Case No. 09:cv-05078**, in connection enforcement of a judgment finalized in that action on or about June 14, 2009 [The Case] effective 4/1/20.

21. Mr. Wersant then filed suit on behalf of Global in Southern District of Florida, Case No. 0:20-cv-60889-RAR, in which he obtained a settlement for Global and Holzer from a defendant located there and New York [First FL Case] after which venue there was an issue.

22. Holzer then engaged in threats and hostile behavior directed to Mr. Wersant as he did with his prior counsel in New York, forcing Mr. Wersant to withdraw from the First FL Case

on 04/27/22 as the Middle District later found by its below order [See Doc 133]:

> **ORDER granting 134--motion to vacate dismissal; granting 135--motion to withdraw; withdrawing Paul G. Wersant; directing the clerk to re-open the case and to terminate Paul G. Wersant from the service list; requiring new counsel for Global to appear not later than 5/18/2022; requiring Global to explain why this action should not be transferred not later than fourteen days after new counsel appears. Signed by Judge Steven D. Merryday on 4/27/2022. (KRM)**

23. Mr. Wersant then sued Holze for breach of their retainer, resulting in a Settlement Agreement, executed by Holzer, he then breached, damaging Mr. Wersant, as detailed below.

**<u>The Settlement Agreement</u>**

24. On 12/16/22, Holzer, Mr. Wersant, and Steven Maitland, an attorney for Mr. Wersant executed the Settlement Agreement, which states as follows [Agreement, p 1]:

> WHEREAS, Global Appraisal Solutions LLC, through its owner and manager, Laurence Holzer [Global] commenced an action in the United States District Court for the Southern and then the Middle District of Florida (Action), Case No. 8:21-cv-00864-SDM-CPT arising from and/or related to Global's claims in Eastern District of New York Case Nos. 2:09-cv-05078-WDW; No. 17-cv-1618; No. 1:11-cr-00516. and Eastern District of New York Bankruptcy Court Case No. 10-79280 (collectively, the "matter") and
>
> WHEREAS, Paul Wersant represented Global on the above matter though its manager Laurence Holzer, from which he withdrew, assigned his claims in this regard to Stephen Maitland who filed suit to enforce them against Global and Holzer in Fulton Superior Court Case No. 2022CV366046.
>
> WHEREAS, **Global, Holzer, Maitland and Wersant are the Parties to this agreement** which shall include and encompass those related to them, including but not limited to their agents, officers, directors, managers, consultants, insurers, employees, counsel, accountants, affiliates, contractors, principals, clients and representatives, a condition of this agreement.
>
> WHEREAS, the parties desire to resolve any disputes between them and conclude their dealings and relationships as to themselves and those related to them, including their agents, officers, directors, managers, consultants, insurers, employees, counsel, accountants, affiliates, contractors, principals and representatives, agents, officers, directors, managers, consultants, insurers, employees, counsel, accountants, and representatives, a condition of this agreement.
>
> WHEREAS, the parties determined to resolve all of their disputes on the terms of and subject to the conditions set forth in this agreement.

NOW, THEREFORE, in consideration of the promises and mutual covenants contained herein and other valuable consideration, the receipt and sufficiency of which are acknowledged, it is stipulated and agreed by the signatories to this agreement as follows:

25. The Settlement Agreement also states as follows [Agreement, p. 1]:

**1. Duties.**
a. Maitland will take a controlling interest in Global as its sole manager and member. Maitland will have sole, ultimate decision-making authority for Global. Maitland may hire and work with additional people regarding Global including attorneys to represent Global in a court action to effectuate this agreement, including Wersant.

b. Maitland may effect this agreement by filing suit on behalf of Global to enforce its judgment and claims against other parties, including but not limited to entities presently owned or controlled by Michael Ashley, his successors and assigns, in Maitland's discretion.

c. Holzer will take a subordinate interest in Global with no management duties. **Holzer will not be considered a client of Maitland or Wersant.**

26. The Settlement Agreement also states as follows [Agreement, p 2]:

**h. Holzer will remove all references from social media within five business days after this agrement which relate in any way to any other party to this agreement and will never post any future such references or otherwise publicly disseminate this agreement. Holzer will never disparage any other party to this agreement.**

i. **Holzer's breach of this agreement will result in his forfeiture of his rights and benefits under this agreement, including any interest in Global and any right to recovery on Global's claims. Holzer agrees to a judgment against himself for liquidated damages against him for the sum of $100,000.00 if he breaches this agrement, such as interfering with enforcement of Global's claims, posting any information on any forum or otherwise publicizing this agreement or disparaging any other party to this agreement or doing anything besides a silent investor and cooperating with this agreement as requested by Maitland. Holzer agrees not to raise any defense to these damages in a civil action, and he agrees not to object to a motion for stay relief as to these damages in any bankruptcy.**

**2. Release.** Subject to the terms of this agreement, the parties release and discharge each other from all claims, liabilities, obligations, actions, causes of action, agreements, present and future which they did or could have in the future, which shall include and encompass those related to them, their agents, officers, directors, managers, consultants, insurers, employees, legal counsel, accountants, affiliates, contractors, principals, clients and representatives, of any kind from each and every right, claim, debt, cause of action, demand, suit for damages, liability, act or right of action of any nature whatsoever,

whether asserted or unasserted, known or unknown. The parties and those otherwise bound under this agreement will not contact each other or the above parties and entities except as to effectuate this agreement.

**3.** **Statements. Each party will not make any oral, digital, electronic, written, direct or indirect, anonymously, pseudonymously, in fiction or nonfiction, statements or actions to be taken which in any way slander, disparage or defame the other party or publish any reference to them on social media or otherwise, or cause or encourage the making of such statements, or cause or encourage the taking of such actions by anyone else** each party will also remove, retract and delete all such statements or actions as otherwise provided in this agreement. This term shall encompass and include the parties and those related to them, their agents, officers, directors, managers, consultants, insurers, employees, legal counsel, accountants, affiliates, contractors, principals, clients and representatives.

27. The Settlement Agreement also states as follows [Agreement, p. 3]:

**4.** **Remedies**. The parties are entitled to damages, injunctive relief or other equitable relief to enforce this agreement as to any party or those otherwise bound under this agreement. for which damages would be an inadequate remedy. **Unless otherwise stated, any breach of any term or conditions of this Agreement is a material breach of this Agreement. This term shall include the parties and shall include and encompass those related to them, their agents, officers, directors, managers, consultants, insurers, employees, legal counsel, accountants, affiliates, contractors, principals, clients and representatives.**

**6.** **Non-Disparagement**. Subject to these terms, each party and those related to them, which shall include and encompass those related to them, their agents, officers, directors, managers, consultants, insurers, employees, legal counsel, accountants, affiliates, contractors, principals, clients and representatives, **agree to never directly or indirectly disparage all other parties and those related to them, including their agents, officers, directors, managers, consultants, insurers, employees, legal counsel, accountants, affiliates, contractors, principals, clients and representatives.**

**7.** **Non-Communication and Non-Interference**. Subject to these terms, each party and those related to them, which shall include and encompass those related to them, their agents, officers, directors, managers, consultants, insurers, employees, legal counsel, accountants, affiliates, contractors, principals, clients and representatives, agree to have no further communications or dealings with any party or those related to them, their agents, officers, directors, managers, consultants, insurers, employees, legal counsel, accountants, affiliates, contractors, principals, clients and representatives, **and will not interfere with, harass, impugn, malign, defame or slander all other parties and those related to them as defined above.**

28. The Agreement is governed by Georgia law [Agreement ¶ 14].

29. Holzer and Diligent waived the Agreement's forum clause by repeatedly and intentionally violating it in California, Florida, Georgia, Maryland and New York to damage Mr. Wersant who was in Maryland and California at that time.

30. Holzer repeatedly breached the Agreement by his misconduct, which Diligent adopted and ratified as its intended beneficiary to which Global is subject.

31. All conditions precedent to suit occurred, were fulfilled, waived and/or their occurrence or fulfillment was unnecessary or futile.

**<u>COUNT I: BREACH OF CONTRACT AND RELATED RELIEF AS TO ALL DEFENDANTS</u>**

32. The Agreement is a valid and enforceable legal obligation of the Defendants, enforceable in this Court, which should grant relief in law and equity under it to Mr. Wersant.

33. Holzer repeatedly violated the Agreement by his communications to slander, disparage or defame harass, impugn, malign and harm Mr. Wersant, to him and others on behalf of himself and Diligent, who lacked any basis to send them under the Agreement.

34. Holzer and Diligent wrote their below baseless email to slander, disparage or defame harass, impugn, malign Mr. Wersant, to others, in violation of the Agreement:

> From: <larry@diligentlegalservices.com>
> Date: Tue, Apr 2, 2024 at 7:05 AM
> Subject: RE: Global
> To: Justice Law Firm <justicelawfirmgroup@gmail.com>
> Cc: Stephen Maitland <maitlandlaw@att.net>, Paul W. <pwersant@gmail.com>, <larry@diligentlegalservices.com>
>
> **I'm going to say this again. There is no ambiguity. This is unethical. I have asked all of you multiple times for a copy of the recent motions filed by defendants in the Global case in my email, along with any orders issued by the Court, including the date/time of the impending hearing, in which Judge said, "plaintiff should be prepared to explain," along with any related filings that Global made pertaining to it, through and by its "Counsel."**

I have made this statement well over ten times over a period of weeks, and today at 5 p.m. is the deadline for me to have this in my email inbox. I do not care who it comes from. There is no court ordered reason that Paul cannot send the document himself. This is solely a matter of belligerence, and I am not going to tolerate that for one more day. All I am seeking at this time is a copy of the pleadings for my file, an acknowledgement that I will receive all pleadings in the case going forward within 72 hours of them being made, either by defendant or plaintiff, and an estimate of when I will see the written discovery, which I was already told would come in advance of the oral discovery in advance of the October trial.

** If this does not happen today, I will get my process server to obtain copies of these documents, and I will then determine what I will do from there. If I have to hire one of my servers to obtain these documents, **I could possibly decide to have a conversation with alternate counsel and if that happens, this would certainly include a very full and candid conversation with alternate counsel about all of these matters, which could easily transcend the scope of this particular case.**

Laurence

35. Mr. Wersant then wrote Holzer as follows:

From: **Paul W.** <pwersant@gmail.com>
Date: Tue, Apr 2, 2024 at 12:20 PM
Subject: Re: Global - Notice to Laurence Holder re: Settlement Agreement.
To: Laurence Holzer <larry@diligentlegalservices.com>, Paul W. <pwersant@gmail.com>
Cc: Justice Law Firm <justicelawfirmgroup@gmail.com>, Stephen Maitland <maitlandlaw@att.net>, Laurence Holzer <larry@diligentlegalservices.com>

**Good morning, Laurence - please see attached Settlement Agreement - see Paragraphs 1, 3, 4 6, 7.and 16. See 1.c. in particular. We have no obligation to update you or provide you with copies of any documents. The only 'pleading' is the current amended complaint with which you were provided with a copy -**

**You repeatedly violated these terms of the Agreement as shown by your below emails and texts to or regarding each of us. As you may recall, your similar behavior resulted in this settlement.**

**Please confirm by 5:00pm EST today in writing whether you will comply with the settlement, retract your emails and communicate with Stephen per its terms.**
Thank you

Sincerely, Paul Wersant, Attorney

36. Holzer responded as follows, refusing to comply with the Agreement:

From: <larry@diligentlegalservices.com>
Date: Tue, Apr 2, 2024 at 1:07 PM
Subject: RE: Global - Notice to Laurence Holder re: Settlement Agreement.
To: Paul W. <pwersant@gmail.com>
Cc: Justice Law Firm <justicelawfirmgroup@gmail.com>, Stephen Maitland <maitlandlaw@att.net>, <larry@diligentlegalservices.com>

**There will be no retraction. I STRONGLY suggest you STOP emailing me unethical comments of ANY nature, including commentary like this email.**

I am sending my process server to the courthouse tomorrow morning. After I READ the pleading that you refused to send to me, I will decide whether A. I will remain silent for the time being as to the Global case, B. I will obtain alternate counsel to review the entire case and matter, citing the "new developments," and C. I will determine whether or not any of you are continuing on this case at that point in time.

**And when I said PRIOR to receiving this email that you should think long and hard about your ethics, at that time my comments were limited and constrained to whether or not you were going to send a simple email pertaining to the pleadings so that I can follow along**.

**NOW, I am expanding the phrase "Any," and I will remind you that this includes not sending me ANY unethical content in ANY capacity, and that includes, "Any**", and EVEN to the extent of multiple emails and attempts to hire me or my company to "remove the mailbox at a residence" that upon information and belief is marital property, OR to "remove any mail that I or my designees might find in the mailbox."

DO NOT waste YOUR time sending me ANY future frivolous lawsuit like the one you sent me prior, which resulted in your renegotiated retainer agreement, because I NEVER at ANY TIME agreed to not be privy to the ongoing pleadings in the case. It was A BAD business decision on your part to not simply send the pleadings to me, and instead cause me to have to pay several hundred dollars to my process server to strip them from the docket tomorrow morning. THIS EXASERBATED the problem instead of resolving it. You know I want the pleadings for my records; you know you have them, you know I can otherwise obtain them, and you should have just sent them. The FACT that you did not and you withheld them, **leads me to SUSPECT that something HIGHLY UNETHICAL might be happening that is to this point unbeknownst to me.**

NEVERTHELESS, we have come a long way to this point, and I will give you the benefit of the doubt until after I read them and then I will advise you what, IF ANYTHING, I decide and unilaterally choose to do with the pleadings and about them, which is likely nothing except wait for the next pleading.

My primary concern is that you will be LATE YET AGAIN in responding to ANY of the pleadings, which might have EASILY resulted in the case having been dismissed with prejudice Prior TO NOW. And not only did your late filings leave the case vulnerable to dismissal, but they also cost you YOUR OWN time in having to file new pleadings and massage the judge into permitting Global to continue.

That having said, I will not be responding again today, and nor will I be responding until after I have the documents in hand and until after I have read them. I believe I have driven my point home that I want copies of the discovery as well as the pleadings. **I am AT MINIMUM at 40% stakeholder in this litigation, and that could easily change in the future if you DO NOT TREAT ME with the HIGHEST LEVEL AND DEGREE OF BOTH RESPECT and ACCOMODATION.**

Laurence

37. Mr. Wersant then responded to Holzer and Diligent as follows:

From: **Paul W.** <pwersant@gmail.com>
Date: Tue, Apr 2, 2024 at 1:42 PM
Subject: Re: Global - Notice to Laurence Holder re: Settlement Agreement.
To: <larry@diligentlegalservices.com>, Paul W. <pwersant@gmail.com>
Cc: Justice Law Firm <justicelawfirmgroup@gmail.com>, Stephen Maitland <maitlandlaw@att.net>, <larry@diligentlegalservices.com>

**Good afternoon, Laurence, you have no authority to replace me as counsel for Global - see attached Settlement- and again, you are in clear violation of the settlement. Please cease and desist in your unwarranted interference with prosecution of this matter by Global Appraisal Solutions. Immediately.**

**Your conduct is becoming a serious issue to the effective resolution of this matter just like last time. It may be necessary to enforce the settlement against. you to resolve this matter if you are incapable of controlling yourself. Kindly comply with it and stop issuing threats. This is the same conduct on your part that led to those issues in New York and Florida in this matter.**

Sincerely,

Paul Wersant

38. The repeated violations of the Agreement by Holzer and Diligent forced Mr. Wersant to dismiss the Second FL Case on 04/08/24 [Doc 48], who received no benefit from it just as their misconduct forced him to withdraw from the First FL Case.

39. Holzer and Diligent wrote their below baseless email to slander, disparage or defame harass, impugn, malign Mr. Wersant, to others, in violation of the Agreement:

**From: <larry@diligentlegalservices.com>**
**Date: Fri, Apr 19, 2024 at 2:39 PM**
**Subject: Global Update**
**To: Esthella / Paul Wersant <pwersant@gmail.com>**
**Cc: Esthella / Paul Wersant <pwersant@gmail.com>, Stephen Maitland <maitlandlaw@att.net>, <larry@diligentlegalservices.com>**

**I think you should have kept me in your corner by having been forthright and honest with me about my case.**

**Now, instead, I am putting final touches on affidavits that I intend to file in both the federal Global case and in the State criminal court case, and I also intend to appear on March 29th in Martin County.**

40. On 04/19/24, Mr. Wersant's counsel wrote this letter to Holzer and Diligent:

**April 19, 2024**

**VIA E-MAIL**
**Laurence Holzer**
**larry@diligentlegalservices.com**

**Re: CEASE AND DESIST**
**Dear Mr. Holzer,**
**Our firm represents Mr. Paul Wersant, Esq. It has come to our attention that you have sent several e-mails to our client making demands and threats. We have reviewed the correspondence sent to Mr. Wersant threatening to contact third parties in order to disparage him. Be advised, any disparaging statements made to any third party directly or through social media is a breach of the December 13, 2022, Agreement between yourself and Mr. Wersant. Paragraph 1(h) states, "No party to this agreement will ever disparage any other party to this agreement." Failure to abide by the terms of the Agreement may result in the enforcement of paragraph 1(i), which provides:**

**Holzer's breach of this agreement will result in his forfeiture of his rights and benefits under this agreement, including any interest in Global and any right to recovery on Global's claims. Holzer agrees to a judgment against himself or liquidated damages against him for the sum of $100,000.00 if he breaches this agreement, such as …. disparaging any other party to this agreement or doing anything besides a silent investor and cooperating with this agreement as requested by Maitland.**

**This letter shall serve as notice that you are to immediately cease and desist with these communications/threats. Should there be any breach of the Agreement as outlined above, Mr. Wersant shall pursue the enforcement of its terms.**
**Sincerely,**
**/s/ Christopher Walsh**
**H. Christopher Walsh, Esq.**
**Attorney for Paul Wersant [located in Martin County]**

41. Holzer and Diligent wrote their below baseless email to slander, disparage or defame harass, impugn, malign Mr. Wersant to others, in violation of the Agreement and in disregard of the cease-and-desist letters:

**From: <larry@diligentlegalservices.com>**
**Date: Wed, May 15, 2024 at 12:48 PM**
**Subject: Global Appraisal Solutions**
**To: Esthella / Paul Wersant <pwersant@gmail.com>, Stephen Maitland <maitlandlaw@att.net>**
**Cc: <larry@diligentlegalservices.com>**

**Paul,**

**I just a moment ago learned from the Clerk that the case was dismissed on April 8th and that on May 8th, a request for reconsideration was denied. It is important that you email me extensive detail as to what happened, why this happened, and what you intend to do next, and that you do this no later than June 1st. If I hear from you by June 1st, I will carefully review what you have to say. If I don't hear from you by June 1st, it's very likely that I will hire counsel to review all of your actions in this case, including your response to this inquiry.**
**Thank you.**

**Laurence**

42. Holzer and Diligent wrote their below baseless email to slander, disparage or defame harass, impugn, malign Mr. Wersant, to others, in violation of the Agreement:

From: <laurence@diligentlegalservices.net>
Date: Wednesday, May 15, 2024
Subject: Global Appraisal Solutions
To: Esthella / Paul Wersant <pwersant@gmail.com>
Cc: larry@diligentlegalservices.com

Paul,

**If you miss the June 1 deadline to deliver to me detailed information about this case, I am going to sue you, Esthella, [Diane Vo] Steven Maitland and potentially others.**

***This is my absolute last and final email demanding information from you about my case.***

Govern yourself accordingly.

43. Holzer and Diligent wrote their below baseless email to slander, disparage or defame harass, impugn, malign Mr. Wersant, to others, in violation of the Agreement:

From: Laurence Holzer <larry@diligentlegalservices.com>
Date: Thu, May 16, 2024 at 4:29 PM
Subject: Global update
To: Esthella / Paul Wersant <pwersant@gmail.com>, Esthella / Paul Wersant <justicelawfirmgroup@gmail.com>
Cc: Laurence Holzer <laurence@diligentlegalservices.net>

***I decided not to wait until June 1.***

**Since you don't want to talk, I then believe it is in my interest to hire counsel next week, sue you both, contact the bar, and ask counsel if it's proper to confer with the judge in your criminal case and attest in same seeking to slow it down until these facts are all sorted out.**
**Sent from my iPhone**

44. Holzer and Diligent wrote their below baseless email to slander, disparage or defame harass, impugn, malign Mr. Wersant, to others, in violation of the Agreement:

From: <larry@diligentlegalservices.com>
Date: Fri, May 31, 2024, 11:21 AM
Subject: FW: Case 4:23-cv-00285-AW-MAF GLOBAL APPRAISAL SOLUTIONS LLC v. MAYNARD ASHLEY RACING
To: Bob Woodberry <BWoodberry@jgormanlaw.com>
Cc: Esthella / Paul Wersant <justicelawfirmgroup@gmail.com>, <larry@diligentlegalservices.com>

**As mentioned, I am exploring my options.**

I spoke with one highly reputable attorney who advised me that a legal malpractice claim might be premature against Paul Wersant and his assistant "Esthella" at this point. He further advised me that I should seek to substitute in new creditor counsel at this time to take a look at this. And so, I am now discussing the matter with Counsel.

As to a possible criminal claim due to the aforementioned emails to me regarding "removal of a mailbox" at a marital property, I have not yet decided what I am going to do about that. **Nor have I decided yet if I am going to be filing bar complaints against Paul and Esthella…. All of these things I am discussing with Counsel as I said that I would if I did not hear from you corrupt misfits before June 1st.**

Laurence

45. On 06/17/24, Mr. Wersant filed a Motion in the First New York Case to enforce the Judgment against various companies owned by Ashleys, as alter egos and continuations of Ideal, created from the Fraudulent Transfers as detailed in that Motion, [Doc 36, Case No. 2:09-CV-05078-JFB-WDW] which was served upon those parties by 8/22/24 [Doc 42]

46. Mr. Wersant provided notice of this Motion to Holzer and Diligent, who continued to breach the Agreement to interfere with his efforts to collect the Judgment, who apparently arranged with the Ashleys in New York to accept an undisclosed settlement of the Judgment, in return for interfering with Mr. Wersant's efforts to collect the Judgment.

47. Holzer and Diligent wrote their below baseless email to slander, disparage or defame harass, impugn, malign Mr. Wersant, to others, in violation of the Agreement:

From: **Laurence Holzer** <larry@diligentlegalservices.com>
Date: Fri, Jul 19, 2024 at 2:28 PM
Subject: Final warning Re: Final Notice of Violations of Settlement- was Former Request for service as soon as possible of the attached Motion in Case 2:09-cv-05078-NGG-WDW Global Appraisal Solutions, LLC v. Ideal Mortgage Bankers, Ltd.
To: Paul W. <pwersant@gmail.com>, Diligent Services <larry@diligentlegalservices.com>
Cc: Justice Law Firm <justicelawfirmgroup@gmail.com>, Stephen Maitland <maitlandlaw@att.net>

**Final warning **** Send me a copy of the settlement agreement today and any other agreements or I will file a new complaint against you northern Florida bar tomorrow at latest. *** I will then review all with my counsel and I will make changes accordingly thereafter. If the agreements do not arrive today, you will face a multi-faceted complaint with the FL and the CA bar for certain.**

**Laurence Sent from my iPhone**

48. Holzer and Diligent wrote their below baseless email to slander, disparage or defame harass, impugn, malign Mr. Wersant, to others, in violation of the Agreement:

From: <larry@diligentlegalservices.com>
Date: Fri, Jul 19, 2024 at 4:56 PM
Subject: RE: Former Request for service as soon as possible of the attached Motion in Case 2:09-cv-05078-NGG-WDW Global Appraisal Solutions, LLC v. Ideal Mortgage Bankers, Ltd.
To: Paul W. <pwersant@gmail.com>
Cc: Justice Law Firm <justicelawfirmgroup@gmail.com>, Stephen Maitland <maitlandlaw@att.net>, Laurence Holzer <larry@diligentlegalservices.com>

Paul,

**I am giving you fair and final warning.**

IF you fail to send me a full-blown copy of the so called "Agreement" and ALL of the current terms of the agreement by TONIGHT at MIDNIGHT, then tomorrow morning, I am going to

A. **Draft formal civil complaints against you and file them with both the FL and the CA bar;**
B. **I am going to ask the Florida Department of Law Enforcement to investigate your verbal threats against me and I am going to explain to them the details of all of them.**
C. I **am SUING YOU AND STEVEN FOR MALPRACTICE.**

**I Am TOTALLY ONCE AND FOR ALL COMPLETELY DONE WITH YOUR SHIT. YOU ARE NEVER GOING TO EVER THREATEN ME EVER AGAIN IN THIS LIFE OR IN ANY LIFE AND YOU ARE ABOUT TO LIVE THE TRUTH OF THIS COMMENT IN FULL LIVING COLOR SO DON'T RESPOND TO THIS EMAIL BY MIDNIGHT IS ALL YOU HAVE TO DO.**

**If you fail to answer this email, YOU NEED TO HIRE COUNSEL.**

Laurence

**From:** Laurence Holzer <larry@diligentlegalservices.com>
**Sent:** Friday, July 19, 2024 1:56 PM
**To:** Paul W. <pwersant@gmail.com>
**Cc:** Justice Law Firm <justicelawfirmgroup@gmail.com>; Stephen Maitland <maitlandlaw@att.net>; Diligent Services <larry@diligentlegalservices.com>
**Subject:** Re: Former Request for service as soon as possible of the attached Motion in Case 2:09-cv-05078-NGG-WDW Global Appraisal Solutions, LLC v. Ideal Mortgage Bankers, Ltd.

**I'm thinking about suing you.**
Send me a copy of all current agreements today. Since Steven is the sole member, I will be moving to place him on as RA and removing myself. Sent from my iPhone

49. Mr. Wersant responded to this threat by the Defendants for himself and Ms. Vo, his law clerk and fiancée as follows:

From: **Paul W.** <pwersant@gmail.com>
Date: Fri, Jul 19, 2024 at 2:24 PM
Subject: Re: Final Notice of Violations of Settlement- was Former Request for service as soon as possible of the attached Motion in Case 2:09-cv-05078-NGG-WDW Global Appraisal Solutions, LLC v. Ideal Mortgage Bankers, Ltd.
To: Laurence Holzer <larry@diligentlegalservices.com>
Cc: Justice Law Firm <justicelawfirmgroup@gmail.com>, Stephen Maitland <maitlandlaw@att.net>

Hi Laurence

**You again have no basis for these demands and claims under the Settlement just like before.**

**You will be committing additional violations of the Settlement if you sue me or attempt to change Global's RA. This email concludes this discussion.**

**Do not send any further emails to which there will be no further response, and which will be referred to outside counsel with a cease and desist just as before or other action as appropriate.**

Sincerely,

Paul Wersant
Justice Law Firm Group LLC
Attorney (MD, DC, GA, FL)
Telephone: 678-894-5876
Email: pwersant@gmail.com (mailto:pwersant@gmail.com)
Admitted in federal courts in
CO, IL, IN, MI, MO, OH, OK, TN, TX, WI
and pro-hac-vice in AZ, CA, OR, MT, NY, VA

Sincerely,

Diane Vo, J.D.
Justice Law Firm Group LLC
Director of Operations

678-509-4454 - Office
951-963-0467 - Mobile
Email: justicelawfirmgroup@gmail.com

50. Holzer and Diligent wrote their below baseless email to slander, disparage or defame harass, impugn, malign Mr. Wersant, to others, in violation of the Agreement:

From: <larry@diligentlegalservices.com>
Date: Sat, Jul 20, 2024 at 8:52 AM
Subject: RE: Request for service as soon as possible of the attached Motion in Case 2:09-cv-05078-NGG-WDW Global Appraisal Solutions, LLC v. Ideal Mortgage Bankers, Ltd.
To: Paul W. <pwersant@gmail.com>
Cc: Justice Law Firm <justicelawfirmgroup@gmail.com>, Stephen Maitland <maitlandlaw@att.net>, Laurence Holzer <laurence@diligentlegalservices.net>, Laurence Holzer <larry@diligentlegalservices.com>

**I have found that Paul has failed by refusal to provide me with the copy of the so called "Agreement" that I have supposedly "entered into."**

**I also find that Paul has willfully refused to provide me with his current mailing address in California.**

**If both of these pieces of information do not arrive to me today, I am going to skip trace, find the address at which Paul hangs his license with the State of Georgia, have you served legal documents there that I will provide you with a courtesy copy of same by email, along with an impending criminal complaint, and I am going to move to have your law license sanctioned for cause.**

**Your days of illegally and unethically threatening or attempting to threaten me are over. Further, your days of representing me or my interests are about to come to an abrupt end. I would strongly suggest you retain counsel by Monday morning and have said counsel contact me directly.**

**Laurence**

51. Holzer and Diligent wrote their below baseless email to slander, disparage or defame harass, impugn, malign Mr. Wersant, to others, in violation of the Agreement:

From: <laurence@diligentlegalservices.net>
Date: Sun, Jul 21, 2024 at 9:41 AM
Subject: RE: Request for service as soon as possible of the attached Motion in Case 2:09-cv-05078-NGG-WDW Global Appraisal Solutions, LLC v. Ideal Mortgage Bankers, Ltd.
To: <larry@diligentlegalservices.com>, Paul W. <pwersant@gmail.com>

Cc: Justice Law Firm <justicelawfirmgroup@gmail.com>, Stephen Maitland <maitlandlaw@att.net>, Laurence Holzer <laurence@diligentlegalservices.net>

**Paul,**

**Tomorrow is the day I need to hear from your attorney. Unlike your Martin County attorney, who sent me a bogus cease and desist letter, and then refused to tell me which case the represented you in, and they might receive an ethics complaint for that misstep, your attorney who contact me will need to tell me which case they represent you in.**

**If I do not hear from your counsel tomorrow, I am filing an ethics complaint against you in FL, GA, and CA tomorrow and you will be served a copy of it at the address that you have on file with the GA bar.**

**You have been terminated and you are no longer to represent me or any interest I have in Global Appraisal Solutions, LLC. Do not file anything with the Court without sending me a copy of it or your situation with your law licenses will become worse that it is at this present moment.**

**Laurence**

52. Holzer and Diligent wrote their below baseless email to slander, disparage or defame harass, impugn, malign Mr. Wersant, to others, in violation of the Agreement:

From: Laurence Holzer <laurence@diligentlegalservices.net>
Date: Tue, Jul 23, 2024 at 8:28 AM
Subject: Formal Letter of Termination
To: Esthella / Paul Wersant <pwersant@gmail.com>, Esthella / Paul Wersant <justicelawfirmgroup@gmail.com>, Stephen Maitland <maitlandlaw@att.net>, Laurence Holzer <laurence@diligentlegalservices.net>

**Paul,**

**By the letter I wrote to you yesterday, and I reaffirm here, I have terminated you. You are not authorized to represent any interests that I have, either personally or in my claim as Global Appraisal Solutions, LLC.**

**I am going to submit an affidavit to the Judge that intend to substitute counsel. Any filing after this date will be met with a criminal complaint.**

**Laurence** Sent from my iPhone

53. Holzer and Diligent wrote their below baseless email to slander, disparage or defame harass, impugn, malign Mr. Wersant, to others, in violation of the Agreement:

From: **Laurence Holzer** <larry@diligentlegalservices.com>
Date: Fri, Aug 2, 2024 at 7:17 AM
Subject: Global
To: Esthella / Paul Wersant <pwersant@gmail.com>
Cc: Esthella / Paul Wersant <justicelawfirmgroup@gmail.com>, Stephen Maitland <maitlandlaw@att.net>, Laurence Holzer <laurence@diligentlegalservices.net>

Paul,

**Last time I emailed you I advised you that you have been terminated and that you no longer represent me or my interest.**
I advised you on that date that you need counsel and that your counsel should contact me. It is clear to me that you ignored that request and also that you had no respect for what said. Today it's important that your counsel contact me and I do not care if it's your counsel regarding this case or your criminal counsel.

**If I do not hear from your counsel today, I am going to assume you have no respect for what I just said. If that be true, by this time next week you will be facing a lawsuit and ethics complaint and depending on your posture after you get served with same, quite possibly a criminal complaint as well.**

**This is my final request to speak with your counsel before the Judges hear from me with sworn affidavits and before you get served.**

Laurence
Sent from my iPhone

54. On 10/15/24, the NY Court denied Mr. Wersant's Motion in the First NY Case as he did not confer with the third parties on it, which he could not do after the illegal acts of Holzer and Diligent requiring him to end his representation of Global in that case, as in the FL Cases.

55. Holzer and Diligent wrote their below baseless email to slander, disparage or defame harass, impugn, malign Mr. Wersant, to others, in violation of the Agreement:

From: **laurence** <laurence@diligentlegalservices.net>
Date: Tue, Dec 17, 2024 at 3:35 AM
Subject: Global Appraisal Solutions
To: pwersant@gmail.com <pwersant@gmail.com>, justicelawfirmgroup@gmail.com <justicelawfirmgroup@gmail.com>, laurence <laurence@diligentlegalservices.net>

Hello, Paul,

**As you know, in our last conversation, I terminated your representation of Holzer and Global Appraisal Solutions.**

However, we never formalized this in writing. It is extremely important that I hear from you within 72 hours as to the following matters.

1. Have you proceeded in representation of Global Appraisal Solutions in NY or in any other jurisdiction?
2. What is the venue and the case number?

**I am writing because I have a very close personal relationship with an individual who is very close with the newly appointed Attorney General, Pam Bondi.**

**Through this friend, I am exploring the feasibility of hiring counsel that they suggest to me so that I can try to resolve my issue with the Justice Department.**

It is important that you act on this email within three days that I receive a summarized and detailed account of the posture of the case, and that you include the case number and the venue in your reply.

Laurence

56. Holzer and Diligent wrote their below baseless email to slander, disparage or defame harass, impugn, malign Mr. Wersant, to others, in violation of the Agreement:

From: **laurence** <laurence@diligentlegalservices.net>
Date: Thursday, December 19, 2024
Subject: Global Appraisal Solutions
To: "pwersant@gmail.com" <pwersant@gmail.com>, "justicelawfirmgroup@gmail.com" <justicelawfirmgroup@gmail.com>, laurence <laur0ence@diligentlegalservices.net>

Bad move again.

**Today I am having my PI investigate Paula whereabouts and licenses, I am filing bar complaints in FL, GA, and CA.**

57. On 05/05/25, Holzer and Diligent wrote the following social media post regarding Mr. Wersant on https://www.alignable.com, a California based-social media and marketing

platform where Mr. Wersant is a prominent member to slander, disparage or defame harass, impugn, malign and harm him, in violation of the Agreement:

**Laurence H[olzer]**

**Diligent Legal Services of Florida**

**Diligent Legal Services of Florida, LLC sent you a recommendation**

**"I don't think Paul [Wersant] should be highly recommended on this platform. I think Paul is a crook." Alignable 360**

**Laurence [Holzer] can introduce you to 2 connections**

58. Holzer and Diligent repeatedly breached the Agreement, by their above communications and posts to threaten, extort, slander, disparage or defame harass, impugn and malign Mr. Wersant, to others, proximately and actually damaging him, including here, who is entitled to liquidated damages of $100,000.00 against them under the Settlement Agreement.

59. Per O.C.G.A. § 13-1-11 *et seq*, Holzer and Diligent are notified Mr. Wersant enforces and invokes the fees terms of the Agreement as to them, who are indebted for his fees/costs, unless all principal, interest and charges due to him are paid within 10 days of service of this suit as he was licensed to practice law in Florida and Georgia during the above events.

60. Mr. Wersant requests the Court (a) declare and establish Holzer and Diligent are jointly and severally liable under the Agreement (b) Holzer is divested of any interest in Global or its judgment per his breach, (c) enter judgment for $100,000.00 as to Holzer and Diligent for damages under the Agreement (d) enjoin them to retract their false statements and cease any violations of the Agreement (e) grant him a constructive trust or an equitable lien on any property owned by the Defendants enforce the Agreement (f) grant all just relief

**COUNT II: DEFAMATION AND SLANDER AS TO HOLZER AND DILIGENT**

61. Defamation and slander require a false, non-privileged or unauthorized statement, published negligently/intentionally to a third party, causing special harm, defamation per se.

62. Holzer and Diligent negligently or intentionally made false, unauthorized statements with defamatory claims about Mr. Wersant to third parties copied on their emails to him or about him on Alignable and to other third parties, detailed above and in Count III.

63. These statements of Holzer and Diligent contained numerous falsehoods about Mr. Wersant, on their face or by virtue of a clear implication affirmatively intended by them.

64. The false statements of Holzer and Diligent regarding Mr. Wersant were defamatory per se and were published on the internet, social media, and elsewhere in print.

65. Holzer and Diligent ensured their false and defamatory statement about Mr. Wersant would receive a wide circulation by emailing them and posting them on Alignable.

66. Holzer and Diligent made their false and defamatory statements about Mr. Wersant, knowing they were false or with reckless disregard for their truth or falsity, with ill will and spite, with wanton, reckless, or willful disregard for their injurious effects on Mr. Wersant.

67. The false and defamatory statements of Holzer and Diligent proximately and actually caused Mr. Wersant to suffer reputational, emotional, and professional harm, as they injured his reputation as an attorney and businessman, upon which he made his livelihood.

68. Holzer and Diligent negligently or intentionally made their above false or unauthorized statements to third parties on an ongoing basis that Mr. Wersant was "terminated" acted "unethically, was a "crook" without any privilege, just to damage him, ignoring repeated cease and desist requests to end their misconduct from him and his counsel.

69. Mr. Wersant demands judgment against Holzer and Diligent for compensatory, consequential, special, nominal, punitive and exemplary damages for their false and defamatory statements of $250,000.00, interest and costs, an order for their retraction and just relief.

**COUNT III: ABUSE OF PROCESS AS TO HOLZER AND DILIGENT**

70. Under Florida law, the tort of abuse of process "involves the use of criminal or civil legal process against another primarily to accomplish a purpose for which it was not designed. See ***Verdon v. Song***, 251 So. 3d 256, 258 (Fla. 5th DCA 2018)

71. On 12/2/25, Mr. Wersant was arrested for two alleged misdemeanors in Martin County Florida Case No. 25004071MMAXMX and charged with an alleged violation of his probation in Martin County Circuit Court Case No. 24000152CFAXMX.

72. On 12/8/25, Holzer and Diligent filed an invalid, perjured sworn "Opposition" to Mr. Wersant's Release from Custody in the Martin County Circuit Court Case as shown by its docket, which was served upon him on 12/11/25 by the Sheriff.

73. Holzer and Diligent had no legal standing to file this "Opposition" in Mr. Wersant's Circuit Court Case under Florida and federal law.

74. The Opposition falsely states Mr. Wersant "represented Holzer until the date of his arrest in the Circuit Court Case." [Opposition ¶ 3] which is untrue per the Settlement Agreement in which the Defendants agreed that "**Holzer will not be considered a client of Maitland or Wersant."** [Agreement, pp. 1]

75. The Opposition falsely states Mr. Wersant 'established an adulterous relationship" with Ms. Vo, who "continually engaged in the practice of law without any license" and "have engaged in a conspiracy to commit new felonies including specifically the removal of the mailbox from [Mr. Wersant's] marital home in Georgia, a crime for which neither of them have

yet been charged and the willful and felonious filing of a false affidavit in a civil action in that [Mr. Wersant] initiated [against them] in the Eastern District of NY." [Opposition ¶ 6]

76. The Opposition falsely states "During the criminal proceeding in this captioned case" Mr. Wersant "withheld from the Court that [Holzer] was also a victim of the crimes of Wersant in this case and opposing counsel was not the only victim in this case." [Opposition ¶ 7]

77. The Opposition falsely states "As a direct violation of [Mr. Wersant's] violation of an order of the Florida Supreme Court, the civil case that [Holzer allegedly] hired [Mr. Wersant] to represent [Holzer] was dismissed without prejudice, and [Holzer was allegedly] unable to hire substitute counsel because Mr. Wersant has refused to withdraw and has willfully violated the Order of the Florida Supreme Court to notify his clients of the closing of his law practice." [Opposition ¶ 8] again false per the Settlement Agreement in which Defendants agreed that "**Holzer will not be considered a client of Maitland or Wersant."** [Agreement, pp. 1]

78. The Opposition falsely states Mr. Wersant has "absconded from Georgia to California with his two children." [Opposition ¶ 9]

79. The Opposition falsely states Mr. Wersant "filed approximately 20 vexatious, malicious and meritless civil actions against various defendants across America." [Opposition ¶ 10] including against his "wife of 26 years" and "drove her into bankruptcy." [Opposition ¶ 11]

80. Mr. Wersant's estranged wife is located in Georgia whom Holzer apparently contacted and colluded with as she stole large sums of money from Mr. Wersant and attempted to kill him resulting in their separation and pending divorce due to her legal issues]

81. The Opposition falsely states that Ms. Vo is Mr. Wersant's "partner in crime" and is a "flight risk" if released from custody and is granted permission to have his probation moved from Florida to California." [Opposition ¶ 16]

82. Both of Mr. Wersant's cases in Martin County were dismissed by 7/29/26 after which he was released and can now address this blatant misconduct by Holzer and Diligent.

83. Holzer and Diligent had ulterior motives to perjure themselves in Mr. Wersant's case to harm and injure him, prevent his release and his freedom, just to evade their obligations to him under Agreement, apparently bribed to do so by his estranged wife to do so to benefit herself in their divorce, whose actions were malicious or grossly negligent.

84. Mr. Wersant demands judgment against Holzer and Diligent for compensatory, consequential, special and punitive damages for $250,000.00 and all other just relief.

85. Defendant Holzer is not a minor(s) or adjudged incompetent; was not in the military for the last 30 days and is not subject to protection per 50 U.S.C. § 3901.

Respectfully submitted this 18th day of August 2026.

By: */s/Paul G. Wersant*

Paul G. Wersant
40533 Corte De Opalo
Murrieta, California 92562
Telephone: (714)770-5444
Email: pwersant@gmail.com
Plaintiff *Pro-Se*